UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 05-821-01 |
| vs. |  |
| JUAN C. AQUINO, | ORDER PERMITTING EARLY DISCHARGE FROM **SUPERVISED RELEASE** |

This matter coming before the Court on application of Andril & Espinosa, LLC., attorneys for the defendant, Juan C. Aquino, upon notice to the Office of the United States Attorney, District of New Jersey with the consultation of the United States Probation Office for the District of New Jersey and the Court having sentenced the defendant on March 6, 2006, to time served, three years of supervised release with conditions, and it appearing that the defendant has complied with the terms of the supervised release, and for good cause shown;

IT IS on this 18th day of DECEMBER, 2008;

ORDERED, that the defendant's term of supervised release is hereby terminated effective the day of the entry of this Order and he is discharge from Supervised Release.

HON. DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE